IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARIUS ROBINSON, | : |
| Plaintiff | : |
| v. | : Case No. 3:21-cv-210-KAP |
| LIUTENANT (sic) JANE DOE, | : |
| *et al.*, | : |
| Defendants | : |

## Memorandum Order

I ordered plaintiff's complaint to be served on defendants and the Marshal accordingly did so, beginning as is customary with a waiver of service. ECF no. 14, ECF no. 18. No waiver has been returned, nor has counsel appeared for any defendant.

The plaintiff shall complete new forms (USM-285) for service on the non-Doe defendants and forward them to the Clerk. The Clerk shall issue summonses and Marshal shall make personal service of the complaint on the non-Doe defendants Salyard, Gaudet, and Weidlich as directed by plaintiff, costs of service to be advanced by the United States. Pursuant to Rule 4, upon service defendants shall show cause why service costs should not be imposed on them.

Plaintiff shall notify the Clerk in writing of any change of address. Failure to provide a current address may lead to the dismissal of this matter.

DATE:  December 28, 2022

_____
Keith A. Pesto,
United States Magistrate Judge

Notice by U.S. Mail to:

Darius Robinson, Reg No. 70489-050
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160